PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Iqbal Quadwani                        Cr.: 15-00215-01
                                                                                       PACTS #: 60596

Name of Sentencing Judicial Officer:     STEVE C. JONES, USDJ – NORTHERN DISTRICT OF
                                                                          GEORGIA

Name of Assigned Judicial Officer: CLAIRE C. CECCHI, USDJ – DISTRICT OF NEW JERSEY

Date of Original Sentence: 06/27/11

Original Offense: Criminal Contempt

Original Sentence: 12 months imprisonment, 3 years supervised release, $100 special assessment

Special Conditions: Search and seizure, collection of DNA, no firearms

Type of Supervision: Supervised Release                Date Supervision Commenced: 10/12/12

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1                        The offender has violated the standard supervision condition which states: **"The defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician, and shall submit to periodic urinalysis tests as directed by the probation officer to determine the use of any controlled substance."**

                         A breathalyzer conducted during a home contact on September 15, 2015, due to suspicion of intoxication, yielded a blood alcohol content of .127%.

U.S. Probation Officer Action:

We respectfully recommend that no action be taken at this time. Quadwani will undergo an assessment to ascertain whether treatment is necessary, at which time the conditions of supervision will be modified to include alcohol testing and treatment. He will also be subject to increased random testing.

Prob 12A – page 2
Iqbal Quadwani

Respectfully submitted,

*Denise Morales*

By: Denise Morales
U.S. Probation Officer
Date: 09/18/2015

---

***Please check a box below to indicate the Court's direction regarding action to be taken in this case:***

☒ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

9/24/15
_____
Date